**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **TAN GROW INC.,** | |
| **Plaintiff,** | **Case No. 1:24-CV-1855** |
| **v.** | |
| **THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | |
| **Defendants.** | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff Tan Grow Inc. hereby files this Motion for Default Judgment against the following Schedule A Defendants, having already been entered in default by the Clerk of this Court (ECF No. 59), attached hereto:

| Def. # | Seller Name (Sch. A) | Seller_ID |
|---|---|---|
| 4 | MJKONE | |
| 5 | MUHUB | A1QR5G8ZGBEX1C |
| 6 | SERENELIFE | AF0E0C9E09EF |
| 7 | Rock Monster | |
| 15 | FLUFFYDREAM | |
| 16 | DFSDFGF32 FULUPET | |
| 17 | HEY FOLY | A3CR19X5QXP1WR |
| 18 | KITPLUS | |
| 19 | lAETPET | |
| 23 | MAGICWORX | A1281OI9LHIGC1 |
| 27 | SMASHIER | A2NDFW2RLR5MCG |
| 28 | SOOLKS | |

1

An accompanying Brief in Support and Proposed Order is filed herewith.

A warning in compliance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) is

attached to this motion.

A notice of hearing is also filed herewith to this motion.

Date: April 1, 2025

Respectfully submitted,
DNL ZITO
by Counsel

__/s/__ Erik N. Lund
Erik N. Lund
Phone: 703-261-9084
elund@dnlzito.com
DNL ZITO
1250 Connecticut Ave, NW
Suite 700
Washington, DC 20036
Joseph J. Zito (*pro hac vice*)
Phone: (202) 466-3500
jzito@dnlzito.com
Fax: (703) 890-9418

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

Date: April 1, 2025

 __/s/__ Erik N. Lund
Erik N. Lund

*Attorney for Plaintiff*

3