FILED UNDER SEAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **TAN GROW INC.,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>       **Defendants.** | **Civil Action No. 1:24-CV-1855** |

**NOTICE OF HEARING**

PLEASE BE ADVISED THAT on April 25, 2025 at 10:00 A.M., or as soon thereafter as counsel may be heard, Plaintiff Tan Grow Inc. will move this Court for entry of Default Judgment in accordance with the accompanying motion and memorandum.

Date: April 1, 2025

Respectfully submitted,

\_\_/s/\_\_Erik N. Lund
Erik N. Lund (VSB No. 95877)
elund@dnlzito.com
Tel: 703-261-9084
Joseph J. Zito (*pro hac pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

1