## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| **TAN GROW INC.,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>   **Defendants.** | **Civil Action No. 1:24-CV-1855** |

## NOTICE OF SERVICE

Plaintiff hereby notify the court that the following defendants have been served with

Docket Entries #59 - #64 by email in accordance with this Court's Order for e-mail service. (Dkt.

No. 19). Default Defendants have been notified of the time, date, and location of the April 25,

2025, Default Judgment Motion Hearing, and provided with all relevant briefing.

| Def. # | Seller Name (Sch. A) | Seller_ID | Email |
|---|---|---|---|
| 4 | MJKONE | | samserge@amazon.com<br>tro-notices@amazon.com |
| 5 | MUHUB | A1QR5G8ZGBEX1C | wan297687@163.com |
| 6 | SERENELIFE | AF0E0C9E09EF | samserge@amazon.com<br>tro-notices@amazon.com |
| 7 | Rock Monster | | samserge@amazon.com<br>tro-notices@amazon.com |
| 15 | FLUFFYDREAM | | samserge@amazon.com<br>tro-notices@amazon.com |
| 16 | DFSDFGF32<br><br>FULUPET | | samserge@amazon.com<br>tro-notices@amazon.com |
| 17 | HEY FOLY | A3CR19X5QXP1WR | us_hmsy@163.com |

2

| 18 | KITPLUS | | samserge@amazon.com<br>tro-notices@amazon.com |
|---|---|---|---|
| 19 | lAETPET | | samserge@amazon.com<br>tro-notices@amazon.com |
| 23 | MAGICWORX | A1281OI9LHIGC1 | kehengao202211@163.com |
| 27 | SMASHIER | A2NDFW2RLR5MCG | support@bluedolphincorp.com |
| 28 | SOOLKS | | samserge@amazon.com<br>tro-notices@amazon.com |

Date: April 3, 2025

Respectfully submitted,

\_\_/s/\_\_Erik N. Lund
Erik N. Lund (VSB No. 95877)
elund@dnlzito.com
Tel: 703-261-9084
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Ste. 700
Washington, DC 20036

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, I filed with the Clerk of the Court the foregoing

Notice of Service via the CM/ECF system and will send a copy to Defendant's representative via

email.

  /s/  Erik N. Lund

By:  Erik N. Lund

(VSB No. 95877)
